IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JENNIE L. BEARD                                                                    PLAINTIFF

V.                              Case No. 4:25-cv-00816-BBM

FRANK BISIGNANO, Commissioner,
Social Security Administration                                           DEFENDANT

## **ORDER**

The Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) is GRANTED. (Doc. 13). Accordingly, the Commissioner's decision is REVERSED, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

SO ORDERED this 30th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE