IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JENNIE L. BEARD                                                          PLAINTIFF


V.                              Case No. 4:25-cv-00816-BBM


FRANK BISIGNANO, Commissioner,
Social Security Administration                                          DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND
ADJUDGED that Judgment be entered for Plaintiff Jennie L. Beard, reversing the decision
of the Commissioner and remanding this case to the Commissioner for further proceedings
under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S. 292, 296–302
(1993).

DATED this 30th day of March, 2026.


_____
UNITED STATES MAGISTRATE JUDGE